UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| PAYMENT ALLIANCE INTERNATIONAL, INC., | ) | Index No.: 07 CIV 8685 (B.S.J.) |
|  | ) | Hon. Barbara Jones |
| Plaintiff, | ) |  |
|  | ) |  |
| - against - | ) |  |
|  | ) |  |
| MANUEL FERREIRA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

### DEFENDANT MANUEL FERREIRA'S
### CERTIFICATE OF SERVICE

JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000

Attorneys for Defendant
Manuel Ferreira

I hereby certify that **Defendant Manuel Ferreira's Response In Opposition To Plaintiff Payment Alliance International, Inc.'s Application For A Preliminary Injunction With Temporary Restraints** and this **Certificate of Service** were served electronically on October 15, 2007. Copies of the foregoing pleadings were also served, via overnight mail, to:

1453218.01

Lyle S. Zuckerman
Kauff, McClain, McGuire, LLP
950 Third Avenue, Fourteenth Floor
New York, NY 10022

Notice of these filings will be sent by operation of the Court's electronic filing system to all

parties indicated on the electronic filing receipt.

Respectfully submitted,

/s/ Peter M. Falkenstein
Peter M. Falkenstein (Michigan P61375)
Eric A. Linden (Michigan P33249)
Jonathan C. Myers (Michigan P69972)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000
pfalkenstein@jaffelaw.com
elinden@jaffelaw.com
jmyers@jaffelaw.com

1453218.01