## CERTIFICATE OF SERVICE

Roy P. Salins, an attorney duly admitted to practice law in the State of New York, certifies that a true and correct copy of:

1. Payment Alliance International, Inc.'s Reply Memorandum of Law in Further Support of Its Application For a Preliminary Injunction;

2. Declaration of Dawn Murray in Support of Plaintiff's Application For a Preliminary Injunction; and

3. Declaration of Gregory W. Sahrmann in Support of Plaintiff's Application For a Preliminary Injunction, with exhibits attached thereto.

was served via ECF-filing and facsimile on October 18, 2007 upon the following:

Eric A. Linden
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Attorneys for Defendant Manuel Ferreira

_____
Roy P. Salins (RS 0793)

4845-1603-6097.1