# EXHIBIT A

# Jenkens & Gilchrist
A PROFESSIONAL CORPORATION

1445 ROSS AVENUE
SUITE 3700
DALLAS, TEXAS 75202

(214) 855-4500
FACSIMILE (214) 855-4300

www.jenkens.com

Gregory J. Schmitt
(214) 855-4305
gschmitt@jenkens.com

AUSTIN, TEXAS
(512) 499-3800

CHICAGO, ILLINOIS
(312) 425-3900

HOUSTON, TEXAS
(713) 951-3300

LOS ANGELES, CALIFORNIA
(310) 820-8800

PASADENA, CALIFORNIA
(626) 578-7400

SAN ANTONIO, TEXAS
(210) 246-5000

WASHINGTON, D.C.
(202) 326-1500

September 22, 2005

Mr. Manuel A. Ferreira
c/o Electronic Data Resources, Inc.
5840 Corporate Way, Suite 100
West Palm Beach, FL 33407

Re:   Electronic Data Resources, Inc. ("EDR")

Dear Mr. Ferreira:

On behalf of EDR and as counsel to RCM Representative, LLC ("RCM"), the stockholder representative under that certain Stockholders' Representative Agreement, dated as of September 20, 2005, by and among RCM and the former stockholders of EDR, it is my pleasure to inform you that the sale of EDR (the "Merger") pursuant to an Agreement and Plan of Merger, dated as of September 21, 2005, by and among EDR and the other signatories thereto (the "Merger Agreement") has been completed.

Prior to the closing of the Merger, EDR distributed certain excess cash proceeds as a dividend on its common stock to RCM as the stockholders' representative. Pursuant to the terms of the Merger Agreement, the buyer in the Merger wired the purchase price for the shares of EDR that it acquired to RCM as the stockholders' representative. RCM, as the stockholders' representative, has wired to you, in a single wire transfer, an aggregate amount of cash that represents your portion of this dividend and your portion of the purchase price. Enclosed with this letter is a fully executed version of the Stockholders' Representative Agreement. Attached to the Stockholders' Representative Agreement is a completed Exhibit A which breaks down, by stockholder, the amount of the wire that was sent to each stockholder by RCM that represents dividends from EDR and the amount of the wire that represents purchase price from the Merger

DALLAS1 1058573v1 67711-00001

# Jenkens & Gilchrist
A PROFESSIONAL CORPORATION

September 22, 2005
Page 2

    I want to congratulate you on the completion of a successful transaction. Should you have any questions regarding these or any other matters, please do not hesitate to call.

Sincerely,

Gregory J. Schmitt

GJS/dcj
Enclosure

cc:    Mr. Eric Lenning (w/enclosure)

DALLAS1 1058573v1 67711-00001

| Shareholder | Gross Purchase Price (1) | Expense Fund | Net Purchase Price | Percentage of Total Net Purchase Price | Cash Dividend | Aggregate Proceeds Distributed to Shareholders |
|---|---|---|---|---|---|---|
| W. Whitley | $3,201,829 | ($7,623) | $3,194,206 | 9.17% | $173,697 | $3,367,903 |
| B. Coulter | 1,980,880 | (4,716) | 1,976,163 | 5.67% | 107,461 | 2,083,624 |
| R. Emmons | 1,418,738 | (3,378) | 1,415,360 | 4.06% | 76,965 | 1,492,325 |
| T. Barton and C. Litzenberger | 1,242,065 | (2,957) | 1,239,108 | 3.56% | 67,381 | 1,306,489 |
| T. Henry | 728,107 | (1,734) | 726,373 | 2.08% | 39,499 | 765,873 |
| K. Mays | 481,836 | (1,147) | 480,688 | 1.38% | 26,139 | 506,828 |
| M. Mays | 267,686 | (637) | 267,049 | 0.77% | 14,522 | 281,571 |
| J. Nix | 80,306 | (191) | 80,115 | 0.23% | 4,357 | 84,471 |
| C. Rossignol & Yes, Yes, Inc. | 2,673,864 | (6,373) | 2,670,491 | 7.67% | 145,218 | 2,815,708 |
| M. Wickham | 107,075 | (255) | 106,820 | 0.31% | 5,809 | 112,628 |
| D. Petry | 85,660 | (204) | 85,456 | 0.25% | 4,647 | 90,103 |
| Baudier Family | 32,122 | (76) | 32,046 | 0.09% | 1,743 | 33,789 |
| MCM/EDR, LLC | 3,212,237 | (7,648) | 3,204,589 | 9.20% | 174,261 | 3,378,850 |
| River Cities Capital | 5,353,728 | (12,747) | 5,340,982 | 15.33% | 290,435 | 5,631,417 |
| BOCF, LLC | 4,282,983 | (10,198) | 4,272,785 | 12.26% | 232,348 | 4,505,134 |
| Thompson & Murff | 4,282,983 | (10,198) | 4,272,785 | 12.26% | 232,348 | 4,505,134 |
| Prosperitas Investment | 856,597 | (2,040) | 854,557 | 2.45% | 46,470 | 901,027 |
| Anchorage Angels | 214,149 | (510) | 213,639 | 0.61% | 11,617 | 225,257 |
| E. Wahlen | 856,597 | (2,040) | 854,557 | 2.45% | 46,470 | 901,027 |
| R. Roberson | 428,298 | (1,020) | 427,279 | 1.23% | 23,235 | 450,513 |
| W. Stephenson | 214,149 | (510) | 213,639 | 0.61% | 11,617 | 225,257 |
| G. Barnes | 214,149 | (510) | 213,639 | 0.61% | 11,617 | 225,257 |
| D. Seymour | 107,075 | (255) | 106,820 | 0.31% | 5,809 | 112,628 |
| Madison Capital | 107,075 | (255) | 106,820 | 0.31% | 5,809 | 112,628 |
| Investors | $32,433,187 | ($77,222) | $32,355,965 | 92.88% | $1,759,474 | $34,115,439 |
| Bill Blakey | $1,086,663 | ($11,154) | $1,075,509 | 3.09% | $254,131 | $1,329,640 |
| Mike Kopp | 555,911 | (4,308) | 551,602 | 1.58% | 98,167 | 649,769 |
| Skip Whitley | 470,258 | (2,638) | 467,620 | 1.34% | 60,104 | 527,724 |
| D. Murray | 67,465 | (382) | 67,082 | 0.19% | 8,713 | 75,795 |
| M. Ferrera | 23,408 | (765) | 22,643 | 0.06% | 17,426 | 40,069 |
| R. Anthony | 9,973 | (612) | 9,361 | 0.03% | 13,941 | 23,302 |
| T. LaBlanc | 64,969 | (204) | 64,765 | 0.19% | 4,647 | 69,412 |
| Total Management | $2,278,646 | ($20,063) | $2,258,583 | 6.48% | $457,129 | $2,715,712 |
| Transaction Industries, LLC | 226,229 | (2,715) | 223,514 | 0.64% | 61,863 | 285,377 |
| Totals | $34,938,062 | ($100,000) | $34,838,062 | 100.00% | $2,278,465 | $37,116,527 |

(1) This is net of $1,738,388 sent to Wells Fargo to be held in escrow.

| | value of stock | stock rollover | share proceeds | escrow cash | shareholder escrow | proceeds net of escrow | cash dividends | exercise of options & loans | total at closing |
|---|---|---|---|---|---|---|---|---|---|
| Manny Ferreira | $ 338,520 | $ (252,390) | $ 84,130 | $ (4,472) | $ (765) | $ 78,893 | $ 17,426 | $ (56,250) | $ 40,069 |