UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PAYMENT ALLIANCE INTERNATIONAL, INC., | ) | Index No.: 07 CIV 8685 (B.S.J.) |
| | ) | Hon. Barbara Jones |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | |
| | ) | |
| MANUEL FERREIRA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### DEFENDANT MANUEL FERREIRA'S
### CERTIFICATE OF SERVICE

JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000

Attorneys for Defendant
Manuel Ferreira

I hereby certify that **Defendant Manuel Ferreira's Supplemental Brief In Opposition**

**To Plaintiff Payment Alliance International, Inc.'s Application For A Preliminary**

**Injunction With Temporary Restraints** and this **Certificate of Service** were served

1

1458173 01

electronically on October 26, 2007.   Notice of these filings will be sent by operation of the

Court's electronic

Respectfully submitted,


/s/ Peter M. Falkenstein
Peter M. Falkenstein (Michigan P61375)
Eric A. Linden (Michigan P33249)
Jonathan C. Myers (Michigan P69972)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000
pfalkenstein@jaffelaw.com
elinden@jaffelaw.com
jmyers@jaffelaw.com

1458173 01