UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
PAYMENT ALLIANCE INTERNATIONAL, INC.,) Index No.: 07 CIV 8685 (B.S.J.)
                                    ) Hon. Barbara Jones
                    Plaintiff,      )
                                    )
        - against -                 )
                                    )
MANUEL FERREIRA,                    )
                                    )
                    Defendant.      )
                                    )
_____)

## DEFENDANT MANUEL FERREIRA'S
## CERTIFICATE OF SERVICE

          JAFFE RAITT HEUER & WEISS, P.C.
          27777 Franklin Road, Suite 2500
          Southfield, Michigan 48034
          248.351.3000

          Attorneys for Defendant
          Manuel Ferreira

      I hereby certify that **Defendant Manuel Ferreira's Motion To Admit Counsel *Pro Hac Vice*, Order For Admission, Affidavit of Peter M. Falkenstein In Support of Motion** and this **Certificate of Service** were served upon Plaintiff's attorneys, Lyle S. Zuckerman, Kauff McClain & McGuire, LLP, 950 Third Avenue – 14th Floor, New York, NY 10022, **via first-class mail** and mailed to the Clerk of the Court on October 29, 2007 for filing and this

1

1458467.01

**Certificate of Service** was served electronically on October 29, 2007. Notice of this filing will be sent by operation of the Court's electronic system.

                                                  Respectfully submitted,

/s/ Peter M. Falkenstein
Peter M. Falkenstein (Michigan P61375)
Eric A. Linden (Michigan P33249)
Jonathan C. Myers (Michigan P69972)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000
pfalkenstein@jaffelaw.com
elinden@jaffelaw.com
jmyers@jaffelaw.com

1458467.01