UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PAYMENT ALLIANCE INTERNATIONAL, INC., ) | Index No.: 07 CIV 8685 (B.S.J.) |
| ) | Hon. Barbara Jones |
| Plaintiff, ) |  |
| ) |  |
| - against - ) |  |
| ) |  |
| MANUEL FERREIRA, ) |  |
| ) |  |
| Defendant. ) |  |
| ) |  |

### DEFENDANT MANUEL FERREIRA'S
### CERTIFICATE OF SERVICE

JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000

Attorneys for Defendant
Manuel Ferreira

I hereby certify that **Defendant Manuel Ferreira's Answer And Special And Affirmative Defenses To Verified Complaint And Jury Demand** and this **Certificate of Service** were served electronically on October 29, 2007. Notice of these filings will be sent by

1

1458677.01

operation of the Court's electronic system.

                                                  Respectfully submitted,

                                                  /s/ Peter M. Falkenstein
                                                  Peter M. Falkenstein (Michigan P61375)
                                                  Eric A. Linden (Michigan P33249)
                                                  Jonathan C. Myers (Michigan P69972)
                                                  JAFFE RAITT HEUER & WEISS, P.C.
                                                  27777 Franklin Road, Suite 2500
                                                  Southfield, Michigan 48034
                                                  248.351.3000
                                                  pfalkenstein@jaffelaw.com
                                                  elinden@jaffelaw.com
                                                  jmyers@jaffelaw.com

1458677.01