# EXHIBIT A

## Distribution of Payments and Cash

| | Proceeds From Shares Sold | Escrow | Proceeds Net of Escrow | Cash/Common Dividend | Preferred Dividend | Exercise of Options and Loan Repayment | Total At Closing | Totals Including Escrow | Rollover | Totals Including Rollover |
|---|---|---|---|---|---|---|---|---|---|---|
| W. Whitley | $ 3,354,298 | $ (178,295) | $ 3,176,003 | $ 183,134 | $ 36,326 | $ - | $ 3,395,462 | $ 3,573,757 | $ - | $ 3,573,757 |
| B. Coulter | $ 2,075,207 | $ (110,306) | $ 1,964,901 | $ 113,299 | $ 54,489 | $ - | $ 2,132,690 | $ 2,242,996 | $ - | $ 2,242,996 |
| R. Emmons | $ 1,486,297 | $ (79,003) | $ 1,407,294 | $ 81,147 | $ 18,163 | $ - | $ 1,506,604 | $ 1,585,607 | $ - | $ 1,585,607 |
| T Barton and C Litzenberger | $ 1,301,211 | $ (69,165) | $ 1,232,046 | $ 71,042 | $ 5,449 | $ - | $ 1,308,537 | $ 1,377,702 | $ - | $ 1,377,702 |
| T. Henry | $ 762,779 | $ (40,545) | $ 722,234 | $ 41,645 | $ 16,347 | $ - | $ 780,226 | $ 820,771 | $ - | $ 820,771 |
| K. Mays | $ 504,780 | $ (26,831) | $ 477,949 | $ 27,559 | $ 18,163 | $ - | $ 523,671 | $ 550,502 | $ - | $ 550,502 |
| M. Mays | $ 280,433 | $ (14,906) | $ 265,527 | $ 15,311 | $ - | $ - | $ 280,838 | $ 295,744 | $ - | $ 295,744 |
| J. Nix | $ 84,130 | $ (4,472) | $ 79,658 | $ 4,593 | $ - | $ - | $ 84,251 | $ 88,723 | $ - | $ 88,723 |
| C Rossignol & Yes, Yes, Inc | $ 2,804,334 | $ (149,062) | $ 2,655,272 | $ 153,107 | $ - | $ - | $ 2,808,380 | $ 2,957,441 | $ - | $ 2,957,441 |
| M Wickham | $ 112,173 | $ (5,962) | $ 106,211 | $ 6,124 | $ - | $ - | $ 112,335 | $ 118,298 | $ - | $ 118,298 |
| D. Petry | $ 89,739 | $ (4,770) | $ 84,969 | $ 4,899 | $ - | $ - | $ 89,868 | $ 94,638 | $ - | $ 94,638 |
| Baudier Family | $ 33,652 | $ (1,789) | $ 31,863 | $ 1,837 | $ - | $ - | $ 33,701 | $ 35,489 | $ - | $ 35,489 |
| MCM/EDR, LLC | $ 3,365,201 | $ (178,874) | $ 3,186,327 | $ 183,729 | $ 108,978 | $ - | $ 3,479,033 | $ 3,657,908 | $ - | $ 3,657,908 |
| River Cities Capital | $ 5,608,668 | $ (298,124) | $ 5,310,544 | $ 306,215 | $ 454,077 | $ - | $ 6,070,836 | $ 6,368,960 | $ - | $ 6,368,960 |
| BOCF, LLC | $ 4,486,934 | $ (238,499) | $ 4,248,436 | $ 244,972 | $ 363,262 | $ - | $ 4,856,669 | $ 5,095,168 | $ - | $ 5,095,168 |
| Thompson & Murff | $ 4,486,934 | $ (238,499) | $ 4,248,436 | $ 244,972 | $ 363,262 | $ - | $ 4,856,669 | $ 5,095,168 | $ - | $ 5,095,168 |
| Prosperitas Investment | $ 897,387 | $ (47,700) | $ 849,687 | $ 48,994 | $ 72,652 | $ - | $ 971,333 | $ 1,019,033 | $ - | $ 1,019,033 |
| Anchorage Angels | $ 224,347 | $ (11,925) | $ 212,422 | $ 12,249 | $ 18,163 | $ - | $ 242,833 | $ 254,758 | $ - | $ 254,758 |
| E. Wahlen | $ 897,387 | $ (47,700) | $ 849,687 | $ 48,994 | $ 72,652 | $ - | $ 971,333 | $ 1,019,033 | $ - | $ 1,019,033 |
| R. Roberson | $ 448,693 | $ (23,850) | $ 424,844 | $ 24,497 | $ 36,326 | $ - | $ 485,667 | $ 509,517 | $ - | $ 509,517 |
| W. Stephenson | $ 224,347 | $ (11,925) | $ 212,422 | $ 12,249 | $ 18,163 | $ - | $ 242,833 | $ 254,758 | $ - | $ 254,758 |
| G. Barnes | $ 224,347 | $ (11,925) | $ 212,422 | $ 12,249 | $ 18,163 | $ - | $ 242,833 | $ 254,758 | $ - | $ 254,758 |
| D. Seymour | $ 112,173 | $ (5,962) | $ 106,211 | $ 6,124 | $ 9,082 | $ - | $ 121,417 | $ 127,380 | $ - | $ 127,380 |
| Madison Capital | $ 112,173 | $ (5,962) | $ 106,211 | $ 6,124 | $ 9,082 | $ - | $ 121,417 | $ 127,380 | $ - | $ 127,380 |
| Investors | $ 33,977,624 | $ (1,806,049) | $ 32,171,575 | $ 1,855,065 | $ 1,692,799 | $ - | $ 35,719,440 | $ 37,525,489 | $ - | $ 37,525,489 |
| Preferred Investors | | | | | | | | | | |
| Bill Blakey | $ 1,472,275 | $ (78,257) | $ 1,394,018 | $ 267,938 | $ 27,245 | $ (307,355.12) | $ 1,381,846 | $ 1,460,103 | $ 3,435,309 | $ 4,895,412 |
| Mike Kopp | $ 947,865 | $ (50,383) | $ 897,482 | $ 103,501 | $ - | $ (341,571.34) | $ 659,411 | $ 709,794 | $ 947,865 | $ 1,657,659 |
| Skip Whitley | $ 580,340 | $ (30,847) | $ 549,493 | $ 63,369 | $ - | $ (79,235.04) | $ 533,627 | $ 564,474 | $ 580,340 | $ 1,144,814 |
| D. Muray | $ 100,956 | $ (5,366) | $ 95,590 | $ 9,186 | $ - | $ (28,125.00) | $ 76,651 | $ 82,017 | $ 67,304 | $ 149,321 |
| M. Pereira | $ 84,130 | $ (4,472) | $ 79,658 | $ 18,373 | $ - | $ (56,250.00) | $ 41,781 | $ 46,253 | $ 252,390 | $ 298,643 |
| R. Anthony | $ 134,608 | $ (7,155) | $ 127,453 | $ 14,698 | $ - | $ (117,480.00) | $ 24,671 | $ 31,826 | $ 134,608 | $ 166,434 |
| T. LaBlanc | $ 89,739 | $ (4,770) | $ 84,969 | $ 4,899 | $ - | $ (20,000.00) | $ 69,868 | $ 74,638 | $ - | $ 74,638 |
| Total Management | $ 3,409,913 | $ (181,251) | $ 3,228,662 | $ 481,965 | $ 27,245 | $ (950,016.50) | $ 2,787,855 | $ 2,969,106 | $ 5,417,816 | $ 8,386,922 |
| Leehy/Salamanu | $ 238,929 | $ (12,700) | $ 226,229 | $ 65,224 | $ - | $ - | $ 291,453 | $ 304,153 | $ 955,717 | $ 1,259,870 |
| Totals | $ 37,626,467 | $ (2,000,000) | $ 35,626,467 | $ 2,402,254 | $ 1,720,044 | $ (950,016.50) | $ 38,798,748 | $ 40,798,748 | $ 6,373,533 | $ 47,172,281 |

### Summary of Payouts By Type

| | Proceeds Including Stock |
|---|---|
| Bill Blakey | $ 4,895,412 |
| Mike Kopp | $ 1,657,659 |
| Skip Whitley | $ 1,144,814 |
| D. Murray | $ 149,321 |
| M. Pereira | $ 298,643 |
| R. Anthony | $ 166,434 |
| T LaBlanc | $ 74,638 |

| | Proceeds |
|---|---|
| Sales Price | $ 44,000,000 |
| Cash Distributed | $ 3,172,281 |
| Totals | $ 47,172,281 |