## CERTIFICATE OF SERVICE

Roy P. Salins, an attorney duly admitted to practice law in the State of New York,

certifies that a true and correct copy of:

1.    Payment Alliance International, Inc.'s Response to Plaintiff Manuel
      Ferreira's Supplemental Brief in Opposition to Payment Alliance
      International, Inc.'s Application For a Preliminary Injunction;

2.    Declaration of Gregory W. Sahrmann in Support of Plaintiff's Application
      For a Preliminary Injunction, with exhibit attached thereto.

was served via ECF-filing and facsimile on November 6, 2007 upon the following:

Eric A. Linden
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Attorneys for Defendant Manuel Ferreira

_____
Roy P. Salins (RS 0793)

4842-6582-1954.1