

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>      Plaintiff,<br><br>- against -<br><br>MANUEL FERREIRA<br><br>      Defendant. | ) Index No.: 07 CIV 8685 (B.S.J.)<br>) Hon. Barbara Jones<br>)<br>) **ORDER FOR ADMISSION**<br>) ***PRO HAC VICE***<br>) **ON WRITTEN MOTION** |

Upon the motion of Peter M. Falkenstein, attorney for Defendant, Manuel Ferreira, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| Applicant's Name: | Eric A. Linden |
| Firm Name: | Jaffe, Raitt, Heuer & Weiss, PC |
| Address: | 27777 Franklin Road, Suite 2500 |
| City/State/Zip: | Southfield, Michigan 48034 |
| Telephone/Fax: | (248) 351-3000 (248) 351-3082 |
| Email Address: | elinden@jaffelaw.com |

is admitted to practice *pro hac vice* as counsel for Defendant, Manuel Ferreira, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

EXHIBIT A



(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: October 23, 2007

Southfield, Michigan

> *[signature]*
> United States District/~~Magistrate~~ Judge
> 11/20/07

2
**EXHIBIT A**

1456466.01