UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAYMENT ALLIANCE INTERNATIONAL, INC., )  Index No.: 07 CIV 8685 (B.S.J.)
                                      )  Hon. Barbara Jones
               Plaintiff,   )
                                      )
    - against -                      )
                                      )
MANUEL FERREIRA,                      )
                                      )
               Defendant.   )
                                      )

## NOTICE OF APPEARANCE

TO:     Clerk of the Court
          Counsel of Record

**PLEASE TAKE NOTICE** that Eric A. Linden of Jaffe, Raitt, Heuer & Weiss, P.C., hereby enters his Appearance as counsel for Defendant Manuel Ferreira in the above-captioned action.

                                JAFFE, RAITT, HEUER & WEISS,
                                Professional Corporation

                                By: /s/ Eric A. Linden
                                Eric A. Linden (admitted pro hac vice)
                                Attorney for Defendant
                                27777 Franklin Road, Suite 2500
                                Southfield, Michigan  48034-8214
                                (248) 351.3000

Dated:    November 20, 2007

1468842.01

## CERTIFICATE OF SERVICE

I hereby certify that the above document and this **Certificate of Service** were served electronically on November 20, 2007. Notice of these filings will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                JAFFE, RAITT, HEUER & WEISS,
                Professional Corporation

                By: /s/ Eric A. Linden
                     Eric A. Linden (admitted pro hac vice)
                     Attorney for Defendant
                     27777 Franklin Road, Suite 2500
                     Southfield, Michigan 48034-8214
                     (248) 351.3000

Dated: November 20, 2007

1468842 01