

**JAFFE**
JAFFE RAITT HEUER & WEISS
A Professional Corporation
Attorneys & Counselors

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Eric A. Linden
elinden@jaffelaw.com

**MEMO ENDORSED**

November 27, 2007

Chambers of the Honorable Frank Maas
United States District Court
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1581

VIA FACSIMILE
(212) 805-6724



Re:   *Payment Alliance International v. Ferreira*
       Case No. 07 Civ. 8685(BSJ)(FM)

Dear Judge Maas:

The initial case management conference in the above-captioned case has been set for December 14, 2007 at 11:00 a.m. I represent the Defendant, Manuel Ferreira.

Pursuant to my discussions with your Chambers, I am putting in writing my request to appear at the case management conference telephonically. I have been admitted to appear *pro hac vice* without local counsel, but our offices are located in Southfield, Michigan. It would be unduly expensive to attend the case management conference in person. As a result, we would appreciate your favorable consideration of our request to appear telephonically.

So ordered
[signature]
USMJ
11/27/07

Thank you in advance for you consideration. Of course, please call if you have any questions.

Very truly yours,

Jaffe, Raitt, Heuer & Weiss
Professional Corporation

Eric A. Linden

EAL/sb
cc:   Lyle S. Zuckerman (via facsimile)
       Manuel Ferreira (via e-mail)
       Trish Newman (via e-mail)

1470861.01

ANN ARBOR • BIRMINGHAM • DETROIT • PORT HURON • SOUTHFIELD