UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PAYMENT ALLIANCE INT'L,    :

               Plaintiff,    :    **ORDER**

    - against -    :    07 Civ. 8685 (BSJ)(FM)

MANUEL FERREIRA,    :

               Defendant.    :

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. Any additional parties shall be joined by February 29, 2008.

2. Plaintiff's counsel shall provide my Chambers with a copy of Judge Jones's decision regarding its application for a preliminary injunction within three business days of its issuance.

4. A further telephone conference shall be held on February 19, 2008, at 9:30 a.m. Plaintiff's counsel shall initiate the conference by calling Chambers at the above number.

3. All fact discovery shall be completed by May 30, 2008.

SO ORDERED.

Dated:   New York, New York
            December 14, 2007

                                              /s/ FRANK MAAS
                                              FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Hon. Barbara S. Jones
United States District Judge

Lyle S. Zuckerman, Esq.
Kauff, McClain & McGuire LLP
Fax: (212) 644-1936

Eric A. Linden, Esq.
Jaffe, Raitt, Heuer & Weiss, PC
Fax: (248) 351-3082

Peter M. Falkenstein, Esq.
Jaffe Raitt Heuer & Weiss, P.C.
Fax: (734) 222-4769