# Fidelity and Deposit Company of Maryland

Home Office: P.O. Box 1227, Baltimore, MD 21203-1227

**Bond No. CGB 8909-193**

## UNDERTAKING ON PRELIMINARY INJUNCTION

**United States District Court**
**Southern District of New York**

--------------------------------------------------

Payment Alliance International, Inc.,

                    Plaintiff,

          v.

Manuel Ferreira,

                    Defendant.

--------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/21/07_

07 Civ. 08685 (BSJ)

**WHEREAS,** on the 20th day of December, 2007, the Plaintiff the above named, was granted a preliminary injunction upon the posting of a bond in the amount of $50,000.00, in the above entitled action, restraining the Defendant from doing certain things as more fully set forth in the order by Barbara S. Jones, United States District Judge.

**NOW, THEREFORE,** the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, having an office and principal place of business for the State of New York at One Liberty Plaza, 165 Broadway, New York, New York 10006, does hereby, pursuant to the Statute in such case made and provided, undertake that the Plaintiff will pay to the Defendant so enjoined, such damages and costs not exceeding the sum of Fifty Thousand and No/100--- ($50,000.00)---Dollars as it may sustain by reason of the injunction, if the Court shall finally decide that the Plaintiff was not entitled thereto; such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

DATED: **December 21st, 2007**

                         Fidelity and Deposit Company of Maryland
                         By: _Annie Sawh_
                         _____
                              Annie Sawh,   Attorney-In-fact

*Approved*
*12/21/07*

*S. Michael Noonan*
          *Clerk*

*By 2*
    *Dep/Clerk*

form#

## ACKNOWLEDGMENT OF SURETY

**STATE OF NEW YORK** }

**COUNTY OF** ___New York___ }

                   **SS:**

   On the ___21st___ day of ___December___ in year ___2007___ before me personally came

___Annie Sawh___ to me known, who being by me duly sworn, did

depose and say that he/she resides at ___One Liberty Plaza - 165 Broadway, New York, N.Y., 10006___ ,

that he/she is the Attorney-in-Fact of _Fidelity and Deposit Company of Maryland_ , the

corporation described in and which executed the above instrument; that he/she knows the corporate seal of said

corporation, that the seal affixed to such instrument is such corporate seal: that it was so affixed by order of the

Board of Directors of said corporation, and, that he/she signed his/her name thereto by like order; and that said

corporation is duly authorized to transact business in the State of New York in pursuance of the statutes of such

case made and provided, that the Superintendent of insurance of the State of New York, has, pursuant to Chapter

28 of the Consolidated Laws of the State of new York, known  as the Insurance Law, issued to

_Fidelity and Deposit Company of Maryland_

a Certificate of Solvency and qualification to become surety or guarantor on all bonds. undertakings,

recognizances. guaranties and other obligations required or permitted by law and that such certificate has not been

evoked.

Notary Public

COLETTE M. BLAIKIE
Notary Public. State of New York
No. 31-4989857
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires December 16, 20 _10_

## Power of Attorney
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by PAUL C. ROGERS, Vice President, and T. E. SMITH, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Donald B. BLAIKIE, D. Nicholas BLAIKIE, Colette M. BLAIKIE, Maureen PFEFFER, Jane ROUSSEAU and Annie SAWH, all of New York, New York, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons. This power of attorney revokes that issued on behalf of Donald B. BLAIKIE, D. Nicholas BLAIKIE, Colette M. BLAIKIE, Maureen PFEFFER, Jane ROUSSEAU, Annie SAWH, dated December 3, 2002.

   The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

   IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 23rd day of October, A.D. 2003.

ATTEST:                                     **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**



*T. E. Smith*          *Assistant Secretary*      By:      *Paul C. Rogers*          *Vice President*

State of Maryland  } ss:
City of Baltimore  }

   On this 23rd day of October, A.D. 2003, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came PAUL C. ROGERS, Vice President, and T. E. SMITH, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

   IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Dennis R. Hayden*          *Notary Public*
My Commission Expires:  February 1, 2009

POA-F 093-4260



# FIDELITY AND DEPOSIT COMPANY
OF MARYLAND
3910 KESWICK ROAD, BALTIMORE, MD 21203

### Statement of Financial Condition
As Of December 31, 2006

### ASSETS

| | | |
|---|---|---:|
| Bonds | $ | 150,563,710 |
| Stocks | | 39,367,826 |
| Cash and Short Term Investments | | 38,939,878 |
| Reinsurance Recoverable | | 8,609,769 |
| Other Accounts Receivable | | 25,762,452 |
| TOTAL ADMITTED ASSETS | $ | 263,243,635 |

### LIABILITIES, SURPLUS AND OTHER FUNDS

| | | | |
|---|---|---:|---:|
| Reserve for Taxes and Expenses | $ | | 625,582 |
| Ceded Reinsurance Premiums Payable | | | 32,539,586 |
| Securities Lending Collateral Liability | | | 35,322,207 |
| TOTAL LIABILITIES | $ | | 68,487,375 |
| Capital Stock, Paid Up | $ | 5,000,000 | |
| Surplus | | 189,756,260 | |
| Surplus as regards Policyholders | | | 194,756,260 |
| TOTAL | $ | | 263,243,635 |

Securities carried at $33,209,464 in the above statement are deposited as required by law.

Securities carried on the basis prescribed by the National Association of Insurance Commissioners. On the basis of December 31, 2006 market quotations for all bonds and stocks owned, the Company's total admitted assets would be $261,193,375 and surplus as regards policyholders $192,706,000.

I, DAVID A. BOWERS, Corporate Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company on the 31st day of December, 2006.

_Corporate Secretary_

State of Illinios
City of Schaumburg } SS:

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 20th day of March, 2007.

_Notary Public_

OFFICIAL SEAL
MARLO G SARABYN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/25/07

# Disclosure Statement



**ZURICH**

Court Bonds - BO

### ZURICH AGENT/BROKER COMPENSATION DISCLOSURE

Dear Policyholder:

On behalf of Zurich, we are glad you have chosen us as your insurance company.  We look forward to meeting your insurance needs and want you to understand clearly our business relationship with the agent or broker you chose to represent your company's interests in the placement of insurance coverages.

As is the case with many insurance companies in the United States, Zurich distributes many of its insurance products through agents or brokers.  This means that your agent or broker is not employed by Zurich and, in fact, may represent many insurance companies.  Because we do not employ your agent or broker, the way they are compensated may vary.  We recommend you discuss these arrangements with your agent or broker.

Like many other insurers, when Zurich compensates your agent or broker, they **may** receive two types of payments. The first type of compensation is known as "base commission," and the second is called "contingent compensation."

For an explanation of the nature and range of compensation Zurich may pay to your agent or broker in connection with your business, please go to http://www.zurichna.com.  Click on the information link located on the Agent/Broker Compensation Disclosure section.  Where appropriate, insert the Access Code provided below, and you will be able to view this information.  Alternatively, you may call (877) 347-6465 to obtain this type of information.

Thank you.

Access Code:  2016104473