UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PAYMENT ALLIANCE INTERNATIONAL, INC., ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> - against - ) <br> ) <br> MANUEL FERREIRA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Index No.: 07 CIV 8685 <br> (B.S.J.) <br> Hon. Barbara Jones |

### UNOPPOSED MOTION BY ERIC LINDEN, PETER FALKENSTEIN, AND JAFFE RAITT HEUER & WEISS, P.C. TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MANUEL FERREIRA

Defendant Manuel Ferreira's counsel, Eric A. Linden, Peter M. Falkenstein, and the law firm of Jaffe, Raitt, Heuer & Weiss P.C., pursuant to Local Civil Rule 1.4, move this Court to grant their request to withdraw as counsel of record for Ferreira for the reasons stated in the accompanying Memorandum of Law.

WHEREFORE, Defendant prays that this Honorable Court grant his counsel's permission to withdraw, effective immediately, and order such other relief as is just and equitable.

Respectfully submitted,

/s/ Eric A. Linden
Peter M. Falkenstein (Michigan P61375)
Eric A. Linden (Michigan P33249)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000
pfalkenstein@jaffelaw.com
elinden@jaffelaw.com

Dated: January 9, 2008

1487612.01