UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PAYMENT ALLIANCE INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> - against - <br><br> MANUEL FERREIRA, <br><br> Defendant. | ) <br> ) Index No.: 07 CIV 8685 <br> ) (B.S.J.) <br> ) Hon. Barbara Jones <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF ERIC A. LINDEN IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW

STATE OF MICHIGAN     )
                                         ) ss:
COUNTY OF OAKLAND  )

Eric A. Linden, being duly sworn, hereby deposes and says as follows:

1. I make this affidavit in support of the Motion by Eric Linden, Peter Falkenstein, and Jaffe Raitt Heuer & Weiss, P.C., to Withdraw As Counsel of Record for Defendant Manuel Ferreira ("Motion to Withdraw") and as otherwise required by Local Civil Rule 1.4.

2. Prior to entry of the Court's December 12, 2007 Opinion and Order ("Opinion"), Cynergy Data, Inc. ("Cynergy") had agreed to pay Defendant Manuel Ferreira's attorneys fees in anticipation of his new employment with Cynergy.

3. As a result of the Court's Opinion, Cynergy is not permitted to employ Ferreira and, as a result, is no longer willing to pay for Ferreira's attorneys fees or costs in this matter.

4.     Since Ferreira is essentially prohibited from obtaining meaningful employment for the next 22 months in his field of expertise, Ferreira advises he is without the financial means to pay for legal representation in this action

5.     Ferreira consents to the Motion to Withdraw and intends to defend this action *pro se*.

Further Affiant sayeth not

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge, information and belief.

DATE: January 9, 2008                    _____
                                          Eric A. Linden

1488262 01

2