UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAYMENT ALLIANCE INTERNATIONAL, INC., | ) Index No.: 07 CIV 8685 (B.S.J.) |
| Plaintiff, | ) Hon. Barbara Jones |
| - against - | ) |
| MANUEL FERREIRA, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000

Attorneys for Defendant
Manuel Ferreira

I, Eric A. Linden, hereby certify that the following documents were served electronically on January 9, 2008. Notice of these filings will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

1

1458467.01

1. Unopposed Motion By Eric Linden, Peter Falkenstein And Jaffe Raitt Heuer & Weiss, P.C. To Withdraw As Counsel Of Record For Defendant Manuel Ferreira;

2. Brief in Support of Motion;

3. Declaration of Eric A. Linden In Support of Unopposed Motion To Withdraw (attached as Exhibit A to Brief); and

4. This Certificate of Service

Copies of all pleadings were also served upon Defendant, Manuel Ferreira at 1000 North U.S. Highway 1, No. 629, Jupiter, Florida 33477-4301, via first-class mail.

Respectfully submitted,

/s/ Eric A. Linden
Peter M. Falkenstein (Michigan P61375)
Eric A. Linden (Michigan P33249)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
248.351.3000
pfalkenstein@jaffelaw.com
elinden@jaffelaw.com

Dated: January 9, 2008

2

1458467.01