UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PAYMENT ALLIANCE INT'L,                  :

                Plaintiff,                :   **ORDER**

      - against -                         :   07 Civ. 8685 (BSJ)(FM)

MANUEL FERREIRA,                          :

                Defendant.             :

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference held earlier today, it is hereby ORDERED that a further telephone conference shall be held on March 7, 2008, at 10 a.m. Plaintiff's counsel shall initiate the conference by calling Chambers. If the parties submit a stipulation of discontinuance before that date, the telephone conference will be cancelled.

      SO ORDERED.

Dated:     New York, New York
             February 19, 2008

                                              FRANK MAAS
                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

Copies to:

Hon. Barbara S. Jones
United States District Judge

Lyle S. Zuckerman, Esq./Roy Salins, Esq.
Kauff, McClain & McGuire LLP
Fax: (212) 644-1936

Manuel Ferreira
1000 N. U.S. Highway 1
Unit 629
Jupiter, F.L. 33477