UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PAYMENT ALLIANCE INT'L,                :

                Plaintiff,           :     **ORDER**

    - against -                              :     07 Civ. 8685 (BSJ)(FM)

MANUEL FERREIRA,                       :

                Defendant.           :

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby ORDERED that a further conference shall be held on March 17, 2008, at 5 p.m. in Courtroom 20A, United States Courthouse, 500 Pearl Street, New York, New York 10007. If the parties submit a stipulation of discontinuance before that date, the conference will be cancelled.

      SO ORDERED.

Dated:    New York, New York
            March 7, 2008

                                                  FRANK MAAS
                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

Copies to:

Hon. Barbara S. Jones
United States District Judge

Lyle S. Zuckerman, Esq./Roy Salins, Esq.
Kauff, McClain & McGuire LLP
Fax: (212) 644-1936

Manuel Ferreira
1000 N. U.S. Highway 1
Unit 629
Jupiter, F.L. 33477