UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAYMENT ALLIANCE INTERNATIONAL, INC.,

                      Plaintiff,

       - against -

MANUEL FERREIRA,

                      Defendant.



Case No. 07 CIV 8685
(BSJ) (FM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff Payment Alliance International Inc., and Manuel Ferreira that the above-captioned action shall be and hereby is dismissed with prejudice, each party to bear its own costs.

KAUFF McCLAIN & McGUIRE

By: _____
Lyle S. Zuckerman
950 Third Avenue, 14th Floor
New York, New York 10022
(212) 644-1010

MANUEL FERREIRA

By: _____
Manuel Ferreira
1000 N. U.S. Highway 1, # 629
Jupiter, Florida 33407
(561) 351-6785

**SO ORDERED:**

_____
/ U.S.D.J.
3/25/08

4813-8114-9442.1